MAURICE WAINER (SBN 121678)
NANCY MARKOFF (SBN 126022)
PATRICIA M. BAKST (SBN 125866)
SNIPPER WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, California 90210
Telephone: (310) 550-5770
Facsimile: (310) 550-6770

Attorneys for Plaintiff, Claude Flowers

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE FLOWERS,<br><br>Plaintiff,<br><br>vs.<br><br>BENDER WAREHOUSE COMPANY; BENDER TRANSPORTATION, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: EDCV 12-454 ǤǤǤ (CWx) [JGB]<br><br>**ORDER FOR DISMISSAL OF ACTION** |

Based upon the Stipulation for Dismissal of Action with the Court Retaining Jurisdiction entered into between plaintiff, Claude Flowers, and defendant, Bender Warehouse Company and Bender Transportation, it is hereby ordered that:

This action is dismissed with prejudice in its entirety as to all parties and all causes of action. The United States District Court for the Central District of California shall retain jurisdiction to enforce the Settlement Agreement entered into between the parties.

IT IS SO ORDERED.

DATED: March 18, 2013      By: _____
HONORABLE ~~CORMAC J. CARNEY~~
UNITED STATES DISTRICT COURT JUDGE

JS-6

Page 1 of 1